IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRY COON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3161 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, A Delaware Corporation, | ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    This matter is before the court for determination of place of trial.  Plaintiff has requested trial in Lincoln, Nebraska.  Defendant has requested trial in North Platte, Nebraska.

    Having reviewed the request and having given consideration to the convenience of the litigants, witnesses, and counsel, as required by NELR 40.1(a)(1)(D), the court finds that North Platte, Nebraska, should be designated as place of trial.

    IT THEREFORE HEREBY IS ORDERED,

    1.  Defendant's motion for trial at North Platte, filing 8, is granted.

    2.  Trial will be held in North Platte, Nebraska and the case calendared accordingly.

    DATED this 31st day of October, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judg