IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRY COON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3161 |
| | ) | |
| V. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD | ) | ORDER |
| COMPANY, A Delaware | ) | |
| Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1) The plaintiff's unopposed motion for additional time to respond to the defendant's written discovery, (filing no. 21), is granted.

2) On or before April 25, 2008, the plaintiff shall respond to the Interrogatories and Requests for Production served by the defendant on February 20, 2008. (See filing no. 18).

March 5, 2008.                              BY THE COURT:

                                            *s/Richard G. Kopf*
                                            United States District Judge