FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2008 MAY -1 AM 9:45

OFFICE OF THE CLERK

Case: 4:07-cv-03161-RGK-DLP   Document #: 11   Date Filed: 10/11/2008   Page 1b of 13

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| TERRY L. COON | ) | Case Number: 04 07 cv 3161 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CONSENT TO EXERCISE |
| | ) | OF JURISDICTION BY A |
| | ) | UNITED STATES MAGISTRATE |
| UNION PACIFIC RAILROAD COMPANY | ) | JUDGE |
| | ) | AND |
| | ) | ORDER OF REFERENCE |
| Defendant | ) | |

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States Court of Appeals for the Eighth Circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For _____ | 4·30·08 |
| [signature] William M. Lamson Jr. | For Union Pacific Railroad Co. | 4-30-08 |
| | For _____ | |
| | For _____ | |
| | For _____ | |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable David L. Piester, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

May 1, 2008
Date

United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

k:\clerk\proc\forms\consent.frm
08/15/03