```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| TERRY COON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3161 |
| | ) | |
| V. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD | ) | ORDER |
| COMPANY, A Delaware | ) | |
| Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

(1) The plaintiff's unopposed oral motion for a thirty-day extension of the deadline for filing dismissal documents is granted.

(2) Within thirty days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court, and provide a draft order which will fully dispose of the case to the undersigned magistrate judge.

(3) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

DATED this 3rd day of September, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge