IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRY L. COON, | ) | CASE NUMBER: 4:07CV3161 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the Court on the Stipulation of the parties that the above-captioned action be dismissed, with prejudice, with each party to pay their own costs and with complete record waived. The Court, being fully advised in the premises, finds that such an Order should be entered. Accordingly,

    IT IS ORDERED that the stipulation, filing no. 39, is approved and this action is dismissed, with prejudice, with each party to pay their own costs and with complete record waived.

    Dated this 14th day of October, 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge